DAYLE ELIESON
United States Attorney
District of Nevada
ALLISON REESE
Assistant United States Attorney
Nevada Bar Number 13977
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
702-388-6336
allison.reese@usdoj.gov
Attorney for the United States

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:18-mj-00500-PAL |
| Plaintiff, | **STIPULATION TO CONTINUE PRELIMINARY HEARING** |
| vs. | (First Request) |
| GARLEN SHAVERDIAN, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, Allison Reese, Assistant United States Attorney, counsel for the United States of America, and Chris Rasmussen, Esq., counsel for Garlen Shaverdian, that the preliminary hearing date in the above-captioned matter, currently scheduled for August 28, 2018, at 4:00 p.m., be vacated and continued for a period of thirty (30) days to a date and time to be set by this Honorable Court.

This Stipulation is entered into for the following reasons:

1. Counsel for the Government has been out of the district for pre-scheduled work related trainings for the previous two weeks and needs additional time to prepare for the

1

1 | preliminary hearing. The additional time will also allow the parties to discuss the case and reach
2 | a potential resolution in the interest of justice.
3 |     2.    Defendant is out of custody and does not object to a continuance.
4 |     3.    The parties agree to the continuance.
5 |     4.    The additional time requested herein is not sought for purposes of delay.
6 |     5.    Additionally, denial of this request for continuance could result in a miscarriage
7 | of justice.
8 |     6.    The additional time requested by this stipulation is allowed, with the defendant's
9 | consent, under the Federal Rules of Criminal Procedure 5.1(d).
10 |     7.    This is the <u>first</u> request to continue the preliminary hearing.
11 | DATED this 21st day of August, 2018.

DAYLE ELLIESON
United States Attorney

By: */s/ Allison Reese*            By:    */s/ Chris Rasmussen*
   ALLISON REESE                           CHRIS RASMUSSEN, ESQ.
   Assistant United States Attorney       Attorney for Garlen Shaverdian

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

GARLEN SHAVERDIAN,

    Defendant.

Case No.: 2:18-mj-00500-PAL

**ORDER**

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court hereby finds that:

1. Counsel for the Government has been out of the district for pre-scheduled work related trainings for the previous two weeks and needs additional time to prepare for the preliminary hearing. The additional time will also allow the parties to discuss the case and reach a potential resolution in the interest of justice.

2. The parties agree to the continuance.

3. Defendant is incarcerated and does not object to the continuance through his attorney.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. The additional time requested herein is not sought for purposes of delay, and good cause is shown by the parties to continue the preliminary hearing.

6. The additional time requested by this stipulation is allowed, with the defendant's consent, under the Federal Rules of Procedure 5.1(d).

7. This is the <u>first</u> request to continue the preliminary hearing.

For all of the above-stated reasons, the ends of justice would best be served by a continuance of the preliminary hearing date.

## **CONCLUSIONS OF LAW**

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein to assess the case prior to indictment, and further would deny the parties sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for the preliminary hearing, taking into account the exercise of due diligence.

The continuance sought herein is allowed, with the defendant's consent pursuant to Federal Rules of Procedure 5.1(d).

## **ORDER**

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for August 28, 2018 at the hour of 4:00 p.m. be vacated and continued to September 28, 2018, at the hour of 4:00 p.m.

DATED this 23rd day of August, 2018.

THE HONORABLE PEGGY LEEN
UNITED STATES MAGISTRATE JUDGE