CHRIS T. RASMUSSEN, ESQ.
Nevada Bar No. 007149
330 South Third Street, Suite 1010
Las Vegas, Nevada 89101
(702) 464-6007
Attorney for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 2:18-mj-00500-PAL |
| Plaintiff, ) | |
| vs. ) | **STIPULATION TO CONTINUE SENTENCING** |
| GARLEN SHAVERDIAN, ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED AND AGREED by and between defendant, GARLEN SHAVERDIAN, by and through his counsel, CHRIS T. RASMUSSEN, ESQ., and the United States America, by its counsel, ALLISON REESE, ESQ., Assistant United States Attorney, that the above-captioned matter currently scheduled for January 30, 2019 at 8:45 a.m. be vacated and continued for at least 30 days or a time convenient to the court.

This Stipulation is entered into for the following reasons:

1. The parties agree to a continuance;

2. Counsel for the Defendant has spoken to the Defendant and the Defendant has no objection to this continuance;

3. Counsel for the Defendant has a trial in State Court at the same time and date as the scheduled sentencing hearing, presenting a scheduling conflict;

PAGE 1 OF 5

4. Counsel for the Defendant is still gathering documents and information that can prove beneficial during the Defendant's sentencing;

5. Denial of this request could result in a miscarriage of justice.

6. For all the above- stated reasons, the ends of justice would best be served by a continuance of the sentencing date.

7. This is the first request for continuance.

DATED this 2nd day of January, 2019.

/s//: Chris T. Rasmussen

_____
CHRIS T. RASMUSSEN, ESQ.
Attorney for Defendant

/s//: Allison Reese

_____
ALLISON REESE, ESQ.
Assistant United States Attorney

CHRIS T. RASMUSSEN, ESQ.
Nevada Bar No. 007149
330 South Third Street, Suite 1010
Las Vegas, Nevada 89101
(702) 464-6007
Attorney for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>GARLEN SHAVERDIAN, )<br>)<br>    Defendant. )<br>_____ ) | Case No.: 2:18-mj-0500-PAL<br><br>**FINDINGS OF FACT AND<br>CONCLUSIONS OF LAW** |

## FINDINGS OF FACT

Based on the stipulation of counsel, and good cause appearing, the Court finds that:

1. The parties agree to a continuance;

2. Counsel for the Defendant has spoken to the Defendant and the Defendant has no objection to this continuance;

3. Counsel for the Defendant has a trial in State Court at the same time and date as the scheduled sentencing hearing, presenting a scheduling conflict;

4. Counsel for the Defendant is still gathering documents and information that can prove beneficial during the Defendant's sentencing.

## CONCLUSIONS OF LAW

1. Denial of this request would result in a miscarriage of justice.

PAGE 3 OF 5

2. For all the above-stated reason, the ends of justice would best be served by a continuance of the sentencing date at least thirty days.

3. This is the first request for a continuance.

...

...

...

...

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,     )

       Plaintiff,           )

vs.                                 )

GARLEN SHAVEDIAN,        )

       Defendant.         )

Case No.: 2:18-mj-0500-PAL

**ORDER**

Accordingly, IT IS SO ORDERED that the sentencing currently scheduled for January 30, 2019 at the hour of 8:45 a.m., by vacated and continued to _____March 6_____, 2019, at the hour of  8:45 a.m.

DATED this  18th  day of January, 2019.

_____
UNITED STATES MAGISTRATE JUDGE